AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AARON VANTREASE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| UNITED STATES POSTAL SERVICE | ) | 18-cv-61358-Bloom/Valle |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES POSTAL SERVICE
C/o General Counsel
475 L'ENFANT PLAZA, SW
WASHINGTON, DC 20200-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MILL STONE LEGAL GROUP, LLC
C/o MATTHEW R. MCGUIGAN, ESQ.
200 S. Andrews Avenue, Ste. 700
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 18, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-61358-Bloom/Valle

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Postal Service C/O: General Counsel was received by me on *(date)* Wed Jun 20, 2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Glendue Nwude , a person of suitable age and discretion who resides there, on *(date)* Fri, Jun 22 2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $65.00.

I declare under penalty of perjury that this information is true.

Date: 6/29/2018

*Kevin Locke*
*Server's signature*

Kevin Locke, Process Server
*Printed name and title*

107 S. West Street Ste. 417, Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 22, 2018, 11:57 am EDT at 475 L'ENFANT PLZ SW, WASHINGTON, DC 20024 received by Glendue Nwude . Age: 55; Ethnicity: African American; Gender: Female; Weight: 250; Height: 5'8"; Hair: Black; Eyes: Brown; Relationship: Paralegal ;