ALERT: DUE TO HURRICANE FLORENCE, MANY POST OFFICES IN THE PROJECTED PATH H...

# USPS Tracking®



EXHIBIT "A"

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70180680000209626290

**Expected Delivery on**

## TUESDAY

### 4 SEPTEMBER 2018 ⓘ

by
**8:00pm** ⓘ

 **Delivered**

September 4, 2018 at 4:25 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**September 4, 2018, 4:25 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:25 am on September 4, 2018 in WASHINGTON, DC 20530.

---

**September 2, 2018, 11:00 am**
Available for Pickup
WASHINGTON, DC 20530

**September 2, 2018, 6:29 am**
Arrived at Hub
WASHINGTON, DC 20018

**September 1, 2018**
In Transit to Next Facility

**August 29, 2018, 11:02 pm**
Departed USPS Regional Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

**August 29, 2018, 9:34 pm**
Arrived at USPS Regional Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

**Product Information** 

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**