# EXHIBIT "D"

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 18-CV-61358-BLOOM/
VALLE

Plaintiff:
**AARON VANTREASE,**

vs.

Defendants:
**UNITED STATES POSTAL SERVICE,**

For:
Matthew R. McGuigan, esq.
MILL STONE LEGAL GROUP, LLC
200 S. ANDREWS AVENUE, STE. 700
FORT LAUDERDALE, FL 33301

Received by Legal Process, Inc. on the 14th day of September, 2018 at 4:03 pm to be served on **United States Postal Service Civil Process Clerk of the U.S. Attorney's Office for the Southern District of Florida, 99 Ne 4th Street, 3rd Floor, Miami, FL 33132.**

I, Hubert Wilcox, being duly sworn, depose and say that on the **17th day of September, 2018** at **10:56 am, I:**

Served a Government Agency by delivering a true copy of this **Summons and Complaint in a Civil Action and Complaint for Damages and Demand for Jury Tria** with the date and hour of service endorsed thereon by me, to Anthony Erickson-Pogorzelski as Assistant US Attorney of the within named agency, to wit: U.S. Attorney's Office for the Southern District of Florida and informing such person of their contents.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: Caucasian, Height: 6'2", Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the 11th. Judicial Circuit in and for Miami-Dade County.

F.S. 92.525 Under penalties of perjury, I declare that
I have read the foregoing and the facts in it are true.

**Hubert Wilcox**
CPS#855

**Legal Process, Inc.**
**7050 W. Palmetto Park Road**
**#15-718**
**Boca Raton, FL 33433**
**(561) 832-2625**

Our Job Serial Number: QSG-2018005786

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g