UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61358-BLOOM/Valle

AARON VANTREASE,

 Plaintiff,

v.

UNITES STATES POSTAL SERVICE,

 Defendant.

_____/

## ORDER ON MOTION FOR DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default Final Judgment against Defendant United States Postal Service ("USPS"), ECF No. [17] (the "Motion"). In the Motion, Plaintiff asks the Court to enter a final default judgment against USPS. In support of the Motion, Plaintiff states that USPS was served with the summons and complaint on June 22, 2018, the Attorney General was served on September 4, 2018, and the civil process clerk at the United States Attorney's Office was served on September 17, 2018; and that therefore, a response was due from USPS on or before October 8, 2018 pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure. Based upon USPS's failure to file a response by that date, Plaintiff contends that he is entitled to entry of a default judgment.

However, Plaintiff's Motion is due to be denied because it is premature. First, Plaintiff has skipped the necessary step of moving for entry of clerk's default under Rule 55 of the Federal Rules of Civil Procedure. *See Travelers Cas. & Sur. Co. of Am., Inc. v. E. Beach Dev., LLC*, No. 07-0347-WS-B, 2007 WL 4097440, at *1 (S.D. Ala. Nov. 14, 2007) (collecting cases noting that clerk's entry of default is a necessary precondition to a request for entry of default

Case No. 18-cv-61358-BLOOM/Valle

judgment).  Second, Plaintiff served USPS in accordance with Rule 4(i) of the Federal Rules of Civil Procedure, which applies to the United States and its agencies, corporations, officers or employees.  Thus, pursuant to Rule 12(a)(2), a response to the complaint is due within sixty (60) days after service on the United States Attorney.  *See* Fed. R. Civ. P. 12(a)(2).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [17]**, is **DENIED** as premature.  Plaintiff may seek a default judgment by complying with Rule 55 of the Federal Rules of Procedure, if and when USPS fails to respond to the complaint by the deadline applicable under Rule 12(a)(2) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of October, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record